## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GUYTON STUBBS** | * | **CIVIL ACTION NO. 2:21-CV-02211** |
| | * | |
| **VERSUS** | * | |
| **UNITED PROPERTY & CASUALTY** | * | **JUDGE GREG G. GUIDRY** |
| **INSURANCE COMPANY** | * | |
| | * | |
| | * | **MAGISTRATE** |
| | * | **MICHAEL B. NORTH** |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, jointly comes plaintiff, Guyton Stubbs ("Plaintiff"), and defendant, United Property & Casualty Insurance Company ("UPC"), and who shows to this Court that they have resolved all claims Plaintiff has or could have raised against UPC through compromise and/or settlement of those claims. Therefore, all parties now moves this Court to dismiss Plaintiff's Complaint, with prejudice, with each party to bear its respective costs.

Respectfully submitted:

**NICHOLAS P. ARNOLD T.A. - #31602**
narnold@bluewilliams.com
**BETTE R. MATHENY -- #37879**
bmatheny@bluewilliams.com
**BLUE WILLIAMS, LLC**
3421 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 831-4091
Facsimile: (504) 837-1182
**Attorneys for Defendant, United Property
& Casualty Insurance Company**

**AND**

**DUSTIN L. POCHE (#33451)**
dpoche@irpinolaw.com
**IRPINO, AVIN & HAWKINS**
2216 Magazine Street
New Orleans, LA 70130
Tel: (504) 525-1500
Fax: (504) 525-1501
**Attorney for Plaintiff**

## <u>CERTIFICATE</u>

This is to certify that a copy of the above and foregoing has been served upon

counsel of record via email, facsimile, and/or by depositing same in the United States Mail,

postage pre-paid, this _____ day of _____, 2022, at New Orleans, Louisiana.

**DUSTIN L. POCHE**